UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff; )<br>)<br>v. )<br>)<br>EMILY SOMMER, )<br>)<br>Defendant. ) | Case No.: 25-mj-00089 (MJS) |

### NOTICE OF ASSIGNMENT

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Alexis Gardner has assumed responsibility for the defense of Emily Sommer in the above-captioned case as co-counsel. Please send copies of all notices and inquiries to the attorney listed below.

Respectfully submitted,

_____/s/_____
ALEXIS MORGAN GARDNER
Assistant Federal Public Defender
625 Indiana Avenue, N.W. Suite 550
Washington, D.C.   20004
(202) 208-7500 ext. 111
alexis_gardner@fd.org