

**Superior Court of the District of Columbia**
**Criminal Division**
500 Indiana Ave NW, Room 4400, Washington, DC 20001
202-879-1373 | www.dccourts.gov

| | |
|---|---|
| United States of America | Case No.: 2025 CMD 006354 |
| v. | PDID: 764203 |
| EMILY GABRIELLA SOMMER | |
| Defendant | |

### ORDER FOR PRELIMINARY SCREENING TO DETERMINE DEFENDANT'S COMPETENCY

The issue of the defendant's competency having been raised to the Court, it is, hereby,

**ORDERED** that a preliminary screening examination to determine the defendant's competency shall be performed by a Department of Mental Health psychiatrist or psychologist on an outpatient basis either at:

☒ Room C-10.09 (Moultrie Courthouse C Level, outside of Courtroom C-10) if the Defendant is on personal recognizance.

☐ DC Jail if the Defendant is detained.

**FURTHER ORDERED** that the defendant report to the Department of Mental Health psychiatrist or psychologist for a preliminary screening examination; and it is

**FURTHER ORDERED** that the preliminary screening examination shall be conducted in advance of the return date and the psychiatrist or psychologist shall submit a report to the Court in advance of the return date; and it is

**FURTHER ORDERED** that the return date is scheduled for **July 21, 2025** (no more than three (3) business days from the date of this Order if the defendant is detained and no more than five (5) business dates from the date of this Order if the defendant is released). D.C. § 24-531.03(c)(2).

**This examination is ordered because of the following concern(s): *(Check all applicable boxes)***

☒ odd or bizarre behavior or manifestation of chronic mental disorder.

☐ apparent low intellectual functioning that interferes with ability to understand proceedings or cooperate with attorney.

☐ problems understanding or following procedures or cooperating with attorney.

☐ competency to proceed with probation revocation.

☐ Other (specify):

Defense: Mr THOMAS D ENGLE
Address: BURKA & ENGLE PLLC, Washington, DC,
Phone No#: (202)-574-0400

By: _____
JUDGE ROBERT J. HILDUM

CDCMH-1