

May 5, 2025

| | | |
|---|---|---|
| Our Reference: | DBH/CTF/MB | Emily Sommer |
| | | DOB: June 18, 1993 |
| Your Reference: | Criminal Case Number | 2025 CMD 006484 |
| | | PDID#: 764203 |
| Evaluated By: | Melanie Bailey, Psy.D. | |

The Clerk, Criminal Division
District of Columbia Superior Court
500 Indiana Ave., NW, Room 4110
Washington, DC  20001

Dear Judge Herrman or Presiding Judge,

In anticipation of a June 17th mental observation hearing, the above-named defendant, Emily Sommer, was ordered to undergo a *Preliminary Screening to determine Defendant's Competency* pursuant to §24-531.03 of the DC Code. The rationale for evaluation listed on the Order was, "odd or bizarre behavior or manifestation of a chronic mental disorder."

Ms. Sommer's evaluation was scheduled to take place on June 12th; however, CTF staff advised that she was not appropriate for transfer to the meeting space. They reported that she had just finished having a legal visit, and appeared "inappropriate" and "too unstable." Staff indicated that she was being held in handcuffs, and had been "banging" on the cell walls; she was also noted to be cussing, laughing to herself, and accusing staff of feeding her "poison water." Ms. Sommer could be heard in the background, in what sounded like loud yelling and pounding noises. Since the evaluation did not occur, I am not able to offer the Court an opinion regarding her adjudicative competence at this time.

The Court may consider reordering a *Screening Evaluation* to be completed within five days of a new Order. Alternatively, the Court may consider ordering Ms. Sommer to undergo a more comprehensive *Full Examination* to be completed within the next 30-45 days.

For questions regarding this evaluation, please contact me at 202-557-1408 or melanie.bailey@dc.gov.

Respectfully submitted,

*Melanie Bailey, Psy.D.*

Melanie Bailey, Psy.D.
Licensed Clinical Psychologist
Forensic Psychologist; Forensic Services Division