# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 1:25-cr-00164 |
| v. : | |
| : | |
| Emily Gabriella Sommer : | |
| : | |
| Defendant. : | |

## NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Benjamin Helfand, as counsel for the United States, is terminating their appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:  /s/ *Benjamin Helfand*
Assistant United States Attorney
United States Attorney's Office
For the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
O: 202-252-7059
C: 202-809-5354