UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 25-CR-164** |
| v. | : | |
| | : | |
| **EMILY SOMMER,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF FILING OF DISCOVERY LETTER

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully gives notice that undersigned counsel for the government has provided counsel for the defendant discovery in the above-captioned case as outlined in the government's attached discovery letter.

                                                        Respectfully submitted,

                                                        JEANINE FERRIS PIRRO
                                                        U.S. ATTORNEY

         By:           /s/
                    JACOB M. GREEN
                    Assistant United States Attorney
                    MA Bar No. 706143
                    601 D Street, N.W.
                    Washington, D.C. 20530
                    202-803-1617
                    Jacob.green3@usdoj.gov



U.S. Department of Justice

Jeanine F. Pirro
United States Attorney
*District of Columbia*

*Patrick Henry Building*
*601 D St., N.W.*
*Washington, D.C. 20530*

July 14, 2025

**<u>By Email</u>**

Diane Shrewsbury
Assistant Federal Public Defender
625 Indiana Avenue NW, Suite 550
Washington, DC 20004

   Re: <u>*United States v. Emily Sommer*</u>
     <u>Criminal No.: 25-CR-164</u>

Dear Counsel:

  This discovery letter memorializes ongoing discovery that has been provided to you. Under our discovery obligations, we are providing the files listed below via USAfx. Please be advised that we may provide additional discovery in this case as we obtain additional materials.

  By now, you are connected to the USA File Exchange ("USAfx"). As you are aware, there is a case-folder labeled "Emily Sommer" You and your investigator have access to this case-folder and can download its contents. **Please keep in mind that all of the items placed in the USAfx case-folder will be deleted automatically – some in as few as 45 days or less. Please download all discovery as soon as possible.**

  **I.** **Discovery**

  The government has produced its discovery to you through USAfx including the following files:

  **A. 2025.05.28 - Production 1**

   *1. Interview Video File Folder*

| **Name** | **Size (In** |
|---|---|

|  | KB) |
|---|---:|
| FUL INTERVIEW.mp4 | 265176.23 |
| *2. Mugshots* | |
| MPD Mugshot 10-7-2023.jpg | 40.25 |
| MPD Mugshot 6-13-2024.jpg | 35.02 |
| *3. PHB Footage* | |
| PHB Exterior 6th Street North Sidewalk 3 5-8-2025 3-25-00 PM.zip | 367344.99 |
| PHB Exterior 6th Street North Sidewalk 1 5-8-2025 3-25-00 PM.zip | 361451.96 |
| PHB Exterior 6th Street North Sidewalk 2 5-8-2025 3-25-00 PM.zip | 248889.30 |
| PHB Exterior 6th Street North Sidewalk 4 5-8-2025 3-25-00 PM.zip | 572069.50 |
| PHB Exterior D Street North Sidewalk 2 5-8-2025 3-15-00 PM.zip | 617068.24 |
| PHB Exterior Front D Street Entrance 5-8-2025 3-25-00 PM.zip | 228913.90 |
| PHB Exterior Front D Street Entrance_5.8.2025 3.29.41 PM.png | 2539.34 |
| PHB Exterior Front D Street Entrance_5.8.2025 3.29.41-2 PM.png | 2553.66 |
| PHB Exterior Front D Street Entrance_5.8.2025 3.29.41-3 PM.png | 2566.02 |
| PHB Exterior Front Door Entrance 5-8-2025 3-25-00 PM.zip | 174293.07 |
| PHB Exterior Front Door Entrance_5.8.2025 3.29.38 PM.png | 1888.92 |
| PHB Main Lobby 4 5-8-2025 3-25-00 PM.zip | 237291.00 |
| PHB Main Lobby 5 5-8-2025 3-25-00 PM.zip | 221102.27 |
| PHB Main Lobby 5 5-8-2025 3-25-00 PM_.zip | 221102.27 |
| 3rdPartyLicenses.txt | 163.06 |
| BlowfishDLL.dll | 149.00 |
| Castle.Core.dll | 424.50 |
| Castle.Core.xml | 410.71 |
| CommonServiceLocator.dll | 9.00 |
| Flurl.dll | 22.00 |
| Flurl.xml | 28.00 |
| GalaSoft.MvvmLight.Extras.WPF45.dll | 25.00 |
| GalaSoft.MvvmLight.Extras.WPF45.pdb | 43.50 |
| GalaSoft.MvvmLight.Extras.WPF45.xml | 35.49 |
| GalaSoft.MvvmLight.WPF45.dll | 28.00 |
| GalaSoft.MvvmLight.WPF45.pdb | 87.50 |
| GalaSoft.MvvmLight.WPF45.xml | 95.27 |
| GongSolutions.WPF.DragDrop.dll | 64.50 |
| GongSolutions.WPF.DragDrop.pdb | 139.50 |
| GongSolutions.WPF.DragDrop.xml | 63.77 |
| Google.ProtocolBuffers.dll | 315.50 |
| Google.ProtocolBuffers.xml | 275.93 |
| libTucson.dll | 661.00 |
| libTucson.pdb | 2171.50 |

| | |
|---|---:|
| LicenseTerms.rtf | 61.58 |
| Microsoft.Xaml.Behaviors.dll | 141.38 |
| Microsoft.Xaml.Behaviors.pdb | 50.81 |
| Microsoft.Xaml.Behaviors.xml | 135.96 |
| NamedPipeWrapper.dll | 20.50 |
| NamedPipeWrapper.pdb | 57.50 |
| NEbml.Core.dll | 18.00 |
| NEbml.Core.xml | 21.20 |
| Newtonsoft.Json.dll | 659.41 |
| Newtonsoft.Json.pdb | 244.38 |
| Newtonsoft.Json.Schema.dll | 177.50 |
| Newtonsoft.Json.Schema.xml | 99.46 |
| Newtonsoft.Json.xml | 682.87 |
| NLog.dll | 406.00 |
| NLog.xml | 768.07 |
| NodaTime.dll | 393.00 |
| NodaTime.xml | 758.14 |
| NSubstitute.dll | 144.00 |
| NSubstitute.xml | 65.03 |
| Option.dll | 12.50 |
| Option.xml | 26.61 |
| Pelco.Phoenix.Common.dll | 4470.50 |
| Pelco.Phoenix.Common.dll.config | 2.21 |
| Pelco.Phoenix.Common.pdb | 5635.50 |
| Pelco.Phoenix.DataTypes.dll | 58.00 |
| Pelco.Phoenix.DataTypes.pdb | 121.50 |
| Pelco.Phoenix.Interfaces.dll | 14.50 |
| Pelco.Phoenix.Interfaces.pdb | 43.50 |
| Pelco.Phoenix.Services.dll | 43.00 |
| Pelco.Phoenix.Services.dll.config | 1.73 |
| Pelco.Phoenix.Services.pdb | 83.50 |
| Pelco.Phoenix.Shared.dll | 218.50 |
| Pelco.Phoenix.Shared.dll.config | 1.74 |
| Pelco.Phoenix.Shared.pdb | 413.50 |
| Pelco.Phoenix.UI.Tucson.dll | 453.00 |
| Pelco.Phoenix.UI.Tucson.dll.config | 4.73 |
| Pelco.Phoenix.UI.Tucson.pdb | 1115.50 |
| Pelco.Serenity.dll | 1506.00 |
| Pelco.Serenity.dll.config | 3.11 |
| Pelco.Serenity.pdb | 3019.50 |
| PluginHostInterfaces.dll | 26.00 |
| PluginHostInterfaces.pdb | 103.50 |

| | |
|---|---:|
| policy.2.0.taglib-sharp.config | 0.36 |
| policy.2.0.taglib-sharp.dll | 3.00 |
| Semver.dll | 9.50 |
| Semver.xml | 12.96 |
| start-dbg.cmd | 0.28 |
| SuperSocket.ClientEngine.dll | 41.00 |
| System.Net.Http.Formatting.dll | 180.70 |
| System.Net.Http.Formatting.xml | 188.11 |
| System.Reactive.Core.dll | 14.95 |
| System.Reactive.Core.xml | 0.14 |
| System.Reactive.dll | 1233.45 |
| System.Reactive.Interfaces.dll | 13.95 |
| System.Reactive.Interfaces.xml | 0.15 |
| System.Reactive.Linq.dll | 14.45 |
| System.Reactive.Linq.xml | 0.14 |
| System.Reactive.PlatformServices.dll | 13.45 |
| System.Reactive.PlatformServices.xml | 0.15 |
| System.Reactive.Windows.Threading.dll | 13.45 |
| System.Reactive.Windows.Threading.xml | 0.15 |
| System.Reactive.xml | 2374.88 |
| System.Runtime.CompilerServices.Unsafe.dll | 23.05 |
| System.Runtime.CompilerServices.Unsafe.xml | 13.75 |
| System.Threading.Tasks.Extensions.dll | 32.23 |
| System.Threading.Tasks.Extensions.xml | 9.91 |
| System.ValueTuple.dll | 24.64 |
| System.ValueTuple.xml | 0.14 |
| System.Windows.Interactivity.dll | 54.57 |
| System.Windows.Interactivity.xml | 60.67 |
| taglib-sharp.dll | 433.00 |
| UnderlayWindow.exe | 208.50 |
| Unity.Abstractions.dll | 63.50 |
| Unity.Abstractions.pdb | 22.25 |
| Unity.Container.dll | 144.00 |
| Unity.Container.pdb | 45.85 |
| Unity.ServiceLocation.dll | 6.00 |
| Unity.ServiceLocation.pdb | 1.14 |
| VideoXpert VxPlayer.exe | 534.00 |
| VideoXpert VxPlayer.exe.config | 4.86 |
| VideoXpert VxPlayer.pdb | 593.50 |
| vxd-debug.cmd | 1.73 |
| WebSocket4Net.dll | 60.50 |
| Pelco.Phoenix.Common.resources.dll | 774.00 |

| File | Size |
|---|---:|
| Pelco.Phoenix.Common.resources.dll | 873.00 |
| Pelco.Phoenix.Common.resources.dll | 670.50 |
| Pelco.Phoenix.Common.resources.dll | 691.50 |
| Pelco.Phoenix.Common.resources.dll | 680.00 |
| Pelco.Phoenix.Common.resources.dll | 698.00 |
| Pelco.Phoenix.Common.resources.dll | 660.00 |
| Pelco.Phoenix.Common.resources.dll | 697.50 |
| Pelco.Phoenix.Common.resources.dll | 672.50 |
| Pelco.Phoenix.Common.resources.dll | 206.00 |
| Pelco.Phoenix.Common.resources.dll | 680.00 |
| 3rdPartyLicenses.txt | 81.05 |
| avcodec-58.dll | 4175.00 |
| avfilter-7.dll | 142.00 |
| avformat-58.dll | 306.00 |
| avutil-56.dll | 462.00 |
| cfgconf.xml | 0.77 |
| CfgMgr.exe | 1599.56 |
| check-circle-16x16-status_a.png | 1.23 |
| Dbg.exe | 492.27 |
| GEISDK.dll | 3615.00 |
| ImExTk_dx.dll | 640.00 |
| iptzSinkUtils.dll | 677.00 |
| libblowfish.dll | 117.40 |
| libcairo-2.dll | 1358.36 |
| libffi-6.dll | 130.97 |
| libgcc_s_seh-1.dll | 548.26 |
| libgio-2.0-0.dll | 2009.33 |
| libglib-2.0-0.dll | 1670.04 |
| libgmodule-2.0-0.dll | 127.40 |
| libgmp-10.dll | 709.17 |
| libgnutls-30.dll | 1911.91 |
| libgobject-2.0-0.dll | 480.27 |
| libgstapp-1.0-0.dll | 273.96 |
| libgstaudio-1.0-0.dll | 1587.66 |
| libgstbase-1.0-0.dll | 1276.05 |
| libgstcodecparsers-1.0-0.dll | 723.89 |
| libgstfft-1.0-0.dll | 235.36 |
| libgstnet-1.0-0.dll | 365.92 |
| libgstpbutils-1.0-0.dll | 693.48 |
| libgstreamer-1.0-0.dll | 3369.76 |
| libgstriff-1.0-0.dll | 217.28 |
| libgstrtp-1.0-0.dll | 464.42 |

| | |
|---|---:|
| libgstrtsp-1.0-0.dll | 455.83 |
| libgstsdp-1.0-0.dll | 296.83 |
| libgsttag-1.0-0.dll | 677.07 |
| libgstvideo-1.0-0.dll | 2060.26 |
| libgstvxddxva2base.dll | 443.34 |
| libhogweed-4.dll | 6155.76 |
| libiconv-2.dll | 1060.91 |
| libintl-8.dll | 241.62 |
| libjpeg-62.dll | 612.20 |
| libMagick++-6.Q16-5.dll | 1198.30 |
| libMagickCore-6.Q16-2.dll | 4623.27 |
| libMagickWand-6.Q16-2.dll | 1981.72 |
| libnettle-6.dll | 4978.12 |
| liborc-0.4-0.dll | 916.48 |
| libpixman-1-0.dll | 3631.68 |
| libpng15-15.dll | 259.31 |
| libprotobuf-8.dll | 4748.65 |
| libsoup-2.4-1.dll | 922.19 |
| libsqlite3-0.dll | 921.06 |
| libstdc++-6.dll | 8800.38 |
| libxml2-2.dll | 1534.56 |
| msvcp140.dll | 576.28 |
| phoenixconf.xml | 0.19 |
| pthreadGC2-w64.dll | 41.50 |
| pthreadVC3.dll | 100.00 |
| StartSys.bat | 0.50 |
| Sys.exe | 429.54 |
| vcruntime140.dll | 98.52 |
| vcruntime140_1.dll | 43.28 |
| vxdconfig.xml | 4.04 |
| vx_decoder.exe | 1883.12 |
| warning-16x14-warn_a.png | 1.24 |
| warning-octo-16x16-alert_a.png | 0.31 |
| WinTest_Dxva2.exe | 146.24 |
| x86_64-w64-mingw32-gst-inspect-1.0.exe | 263.46 |
| zlib1.dll | 115.50 |
| libgiognutls.dll | 233.05 |
| libgstalaw.dll | 191.54 |
| libgstapp.dll | 116.18 |
| libgstaudioconvert.dll | 187.21 |
| libgstaudiotestsrc.dll | 249.53 |
| libgstavi.dll | 486.56 |

| | |
|---|---:|
| libgstcoreelements.dll | 1364.38 |
| libgstcoretracers.dll | 285.59 |
| libgstd3d.dll | 373.37 |
| libgstdirectsound.dll | 219.61 |
| libgstdirectsoundsrc.dll | 216.85 |
| libgstEvoRenderer.dll | 85.00 |
| libgstFisheyeRenderer.dll | 121.00 |
| libgstisomp4.dll | 1370.84 |
| libgstjpeg.dll | 275.87 |
| libgstjpegformat.dll | 231.20 |
| libgstlibav.dll | 460.01 |
| libgstmatroska.dll | 907.77 |
| libgstmulaw.dll | 192.24 |
| libgstOpteraRenderer.dll | 170.00 |
| libgstpbtypes.dll | 117.06 |
| libgstrtp.dll | 3464.55 |
| libgstrtpmanager.dll | 1181.51 |
| libgstrtsp.dll | 539.20 |
| libgstsubparse.dll | 310.42 |
| libgstudp.dll | 367.29 |
| libgstvideoconvert.dll | 181.15 |
| libgstvideocrop.dll | 222.21 |
| libgstvideofilter.dll | 375.26 |
| libgstvideoparsersbad.dll | 802.56 |
| libgstvideorate.dll | 216.76 |
| libgstvideoscale.dll | 199.32 |
| libgstvideotestsrc.dll | 321.61 |
| libgstvxd.dll | 9944.73 |
| libgstvxddxva2.dll | 942.75 |
| SerEventsData.xml | 34.20 |
| Pelco.Phoenix.Common.resources.dll | 674.50 |
| Pelco.Phoenix.Common.resources.dll | 673.50 |
| Pelco.Phoenix.Common.resources.dll | 668.50 |
| Pelco.Phoenix.Common.resources.dll | 875.00 |
| Pelco.Phoenix.Common.resources.dll | 667.00 |
| Pelco.Phoenix.Common.resources.dll | 613.50 |

4. *X Posts*

| | |
|---|---:|
| X Account Profile Picture.jpg | 29.78 |
| X Post 1.JPG | 60.25 |
| X Post 10.JPG | 58.39 |
| X Post 11.JPG | 59.76 |

| | |
|---|---:|
| X Post 12.JPG | 59.50 |
| X Post 13.JPG | 47.01 |
| X Post 14.JPG | 36.87 |
| X Post 2.JPG | 52.05 |
| X Post 3.JPG | 35.10 |
| X Post 4.JPG | 55.53 |
| X Post 5.JPG | 71.85 |
| X Post 6.JPG | 45.42 |
| X Post 7.JPG | 60.25 |
| X Post 8.JPG | 81.25 |
| X Post 9.JPG | 35.59 |

### B. 2025.06.26 - Production 2

#### 5. USMS BWC

| | |
|---|---:|
| evidence.com_evidence_package_1_of_1_created_2025-06-23T18_09_57Z.zip | 2923631.63 |

### C. 2025.07.11 - Production 3

#### 6. CDRs ATT

| | |
|---|---:|
| Declaration_4355252.pdf | 79.76 |
| Documents.zip | 1257.51 |

#### 7. CDRs T-Mobile

| | |
|---|---:|
| 2024 Interpreting All T-Mobile Records 20250421.pdf | 631.53 |
| 5681553_20250613_Certification.pdf | 24.59 |
| 5681553_20250613_OBJ.pdf | 12.35 |
| CDR_Mediations_XXXXXXXXXX_17877070.xls | 204.50 |
| Data_Sessions_670255_XXXXXXXXXX.xlsx | 478.65 |
| Response Document - Data Retention Changes - 230501.pdf | 144.56 |
| SUB_Tibco_XXXXXXXXXX_17877071.xls | 57.50 |
| UTC Information Sheet 20220408.pdf | 60.57 |

#### 8. DEA Video

| | |
|---|---:|
| IMG_6293.3GP | 438.72 |

#### 9. Facebook

| | |
|---|---:|
| XXXXXXXXXX_affidavit.pdf | 83.91 |
| instructions.txt | 3.10 |
| records.html | 39.62 |
| Screenshot provided by DEA.JPG | 555.99 |
| SOMMER Threads and FB photo.jpg | 53.86 |

### 10. FBI

| | |
|---|---|
| 1000001589.jpg | 555.99 |
| 1000001590.mp4 | 438.72 |
| ED Martin interview notes.pdf | 1813.30 |
| Guardian ED Martin.pdf | 332.61 |
| Identifers for SOMMER.JPG | 253.81 |
| N.M. interview notes.pdf | 926.73 |
| Screenshot provided by DEA.JPG | 555.99 |

### 11. Google

| | |
|---|---|
| 96355783-20250605-1.zip | 42.80 |
| XXXXXXXXXX.104911026773.GooglePay.BillingInformation_001.zip | 1.75 |
| XXXXXXXXXX.104911026773.GooglePay.GiftCard_001.zip | 0.63 |
| XXXXXXXXXX.104911026773.Preserved_001.GooglePay.BillingInformation_001.zip | 1.75 |
| Letter 96355783.pdf | 209.20 |

### 12. Instagram

| | |
|---|---|
| XXXXXXXXXX_affidavit.pdf | 83.91 |
| instructions.txt | 3.10 |
| records.html | 25.07 |

### 13. USA Appointment and Resignation

| | |
|---|---|
| AG Order Martin.pdf | 1133.85 |
| Pirro AG Order.pdf | 213.02 |
| USA MARTIN RESIGNATION LETTER.pdf | 270.88 |

### 14. Bulletin

| | |
|---|---|
| DC JSU Bulletin AUSA Martin Assault_.pdf | 744.30 |

### 15. USMS Images

| | |
|---|---|
| 2025-05-09_12-05.png | 211.85 |
| 2025-05-09_12-05_1.png | 501.46 |
| 2025-05-09_12-06.png | 412.82 |
| 2025-05-09_12-06_1.png | 388.61 |
| 2025-05-09_12-06_2.png | 475.26 |
| 2025-05-09_12-09.png | 128.78 |
| 2025-05-09_12-10.png | 472.40 |
| 2025-05-09_12-12.png | 473.17 |
| 2025-05-09_12-13.png | 364.77 |
| 2025-05-09_12-13_1.png | 487.42 |
| 2025-05-09_12-14.png | 379.02 |
| 2025-05-09_12-15.png | 149.38 |
| 2025-05-09_12-16.png | 287.43 |

| | |
|---|---:|
| 2025-05-09_12-16_1.png | 470.18 |
| 2025-05-09_12-17.png | 356.70 |
| 2025-05-09_12-18.png | 407.27 |
| 2025-05-09_12-18_1.png | 388.39 |
| Binder of all images.pdf | 12842.17 |
| XXXXXXXXXX - Twitter 2025-05-09_12-01.png | 216.38 |
| XXXXXXXXXX - Twitter profile photo 2025-05-09_12-01 download.jpg | 29.78 |
| XXXXXXXXXX - Twitter profile photo 2025-05-09_12-01.png | 309.60 |
| *16. USMS Notes* | |
| Notes FVeitch - Redacted.pdf | 3950.07 |
| Notes KButler - Redacted.pdf | 310.85 |
| r_Notes - Redacted.pdf | 3991.78 |
| *17. USMS Reports* | |
| INCID-25-9384_UseOfForce (004) Redacted.pdf | 183.81 |
| INCID-25-9384_UseOfForce (2) Redacted.pdf | 188.58 |
| INCID-25-9384_UseOfForce (4) Redacted.pdf | 145.80 |
| INCID-25-9384_UseOfForce Redacted.pdf | 184.18 |
| INCID-25-9579_AssaultBattery_20250530 Redacted.pdf | 300.16 |
| USM-11-25-110198 Redacted.pdf | 249.82 |
| USM-11-25-111923 Redacted.pdf | 133.22 |
| usm45 SOMMER - Redacted.pdf | 1311.60 |
| *18. USMS Texts* | |
| 0855 Redacted.pdf | 793.84 |
| 134100 Redacted.pdf | 764.33 |
| 134212 Redacted.pdf | 198.79 |
| *19. USMS USM-11* | |
| INCID-25-9384_UseOfForce (1) - Redacted.pdf | 183.67 |
| INCID-25-9384_UseOfForce (2) - Redacted.pdf | 188.58 |
| INCID-25-9384_UseOfForce (4) - Redacted.pdf | 145.92 |
| INCID-25-9384_UseOfForce - Redacted.pdf | 183.66 |
| INCID-25-9579_AssaultBattery_20250530 - Redacted.pdf | 300.29 |
| USM-11 - 2025-06-02T131504.002 - Redacted.pdf | 1078.08 |
| USM-11-25-100869 (JK)_Redacted.pdf | 237.36 |
| USM-11-25-104649 (JK)_Redacted.pdf | 199.50 |
| USM-11-25-97792 Redacted.pdf | 272.54 |
| USM-11-25-98412 (JK)_Redacted.pdf | 101.21 |
| *20. BWC Unredacted* | |
| evidence.com_evidence_package_1_of_1_created_2025-05-28T14_12_01Z.zip | 2382233.94 |

| | |
|---|---:|
| evidence.com_evidence_package_1_of_1_created_2025-05-28T21_48_36Z.zip | 1579293.54 |
| RE_ US Marshals Service Body Worn Camera footage request (Sommer, Emily, FID_ 11806260).pdf | 190.72 |

*21. X posts 2025.06.03*

| | |
|---|---:|
| 6-3-25 1127 hours.JPG | 199.84 |
| FW_ EmilyGabriellaS Twitter Post.pdf | 304.96 |

### D. 2025.07.14 - Production 4

*22. USMS Emails*

| | |
|---|---:|
| USMS Emails Redacted.pdf | 165756.42 |

The government may introduce at trial any of the physical evidence identified in this discovery. Upon request, you are entitled to inspect and copy or photograph certain books, papers, documents, photographs, tangible objects, buildings or places that are within the possession, custody or control of the government. *See* Fed R. Crim. P. 16(a)(1)(E). If you would like to view any of the evidence identified in discovery or described in the provided reports, please contact me to arrange for the inspection of the evidence. These arrangements will include a condition that you not raise any objection to the admissibility of such evidence at trial because of the break in the chain-of-custody occasioned by your inspection.

## II.   Criminal Record

Please refer to the Pretrial Services Reports that you received at arraignment for further information about your client's record. We will notify you in writing if the government learns of any convictions which are not included in this report.

## III.   Government's Discovery Requests

The government hereby makes a reverse discovery request pursuant to Fed. R. Crim. P. 16(b), including, but not limited to the following:

(1) notice of documents and tangible objects the defendant expects to introduce;
(2) a <u>Jencks</u> request for all prior statements of any defense witness (excluding the defendant);
(3) a <u>Lewis</u> request (for which we request the name, date of birth, sex, and social security number of each defense witness prior to trial); and
(4) a request for information pertaining to any expert or scientific testimony or evidence.

Pursuant to Fed. R. Crim. P. 16, we note our continuing request to receive any material pursuant to Rule 16(b) as the case proceeds.

**IV.     Other Information (Brady / Lewis / Giglio)**

The government is aware of its Brady obligations and its continuing duty to disclose. The government will disclose any Giglio or Lewis material at the appropriate time before trial.

Should you have any questions or concerns, please call me directly at (202) 803-1617.

          Respectfully submitted,

          JEANINE FERRIS PIRRO
          U.S. ATTORNEY

By:     /s/
          JACOB M. GREEN
          Assistant United States Attorney
          MA Bar No. 706143
          601 D Street, N.W.
          Washington, D.C. 20530
          202-803-1617
          Jacob.green3@usdoj.gov