UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on March 13, 2025

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 25-cr-164 |
| | : | |
| v. | : | |
| | : | |
| EMILY GABRIELLA SOMMER, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 111(a)(1) |
| | : | (Assaulting, Resisting, or Impeding |
| | : | Certain Officers or Employees) |
| Defendant. | : | |

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about May 8, 2025, within the District of Columbia, Emily Gabriella Sommer did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), to wit: Edward R. Martin, Jr. while such person was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim.

**(Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

### COUNT TWO

On or about May 22, 2025, within the District of Columbia, Emily Gabriella Sommer did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), to wit: Jeffrey Martin, while such person was engaged in and on account

of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim.

**(Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

## COUNT THREE

On or about May 22, 2025, within the District of Columbia, Emily Gabriella Sommer did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), to wit: Megan Kirn, while such person was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim.

**(Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

JEANINE FERRIS PIRRO
United States Attorney

A TRUE BILL:

_____
Gauri Gopal
ASSISTANT UNITED STATES ATTORNEY

FOREPERSON.