

# Office of the Attorney General
## Washington, D. C. 20530

ORDER NO. 6173-2025

AUTHORIZING EDWARD R. MARTIN TO BE THE INTERIM
UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA
DURING THE VACANCY IN THAT OFFICE

By virtue of the authority vested in the Attorney General by 28 U.S.C. § 546, I designate and appoint Edward R. Martin to be the United States Attorney for the District of Columbia and to serve in that capacity for the period of one hundred and twenty days or until a Presidential appointee qualifies under 28 U.S.C. § 541, whichever occurs first.

_1/20/25_
Date

_James R. McHenry III_
James R. McHenry III
Acting Attorney General