UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 1:25-cr-164 (JMC) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **EMILY GABRIELLA SOMMER,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

## MOTION FOR AN ORDER TO DISCLOSE GRAND JURY TESTIMONY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves for entry by this Court of an order permitting the disclosure of testimony before the grand jury to the defendant, Emily Gabriella Sommer, and defense counsel.

The government seeks a court order permitting the disclosure of transcripts of witnesses who testified before the grand jury that returned the instant indictment in so far as such disclosure is necessary for the government to comply with its discovery obligations. Under Federal Rule of Criminal Procedure 6(e)(3)(E)(i): "The court may authorize disclosure—at a time, in a manner, and subject to any other conditions that it directs—of a grand-jury matter: (i) preliminarily to or in connection with a judicial proceeding." Rule 6(e)(3)(F) provides certain requirements for a petition under Rule 6(e)(3)(E)(i), including that the petition be filed in the district where the grand jury convened and that the court "must afford a reasonable opportunity to appear and be heard to: (i) an attorney for the government; (ii) the parties to the judicial proceeding; and (iii) any other person whom the court may designate." The government submits that the requirements of Rule 6(e)(3)(F) are satisfied by this motion. The government further submits that such an order is

appropriate because some grand jury testimony in this case constitutes material to which the defendants are entitled as part of their discovery.

The United States has conferred with counsel for the defendant regarding this motion. The defendant does not oppose this motion.

Accordingly, the government respectfully requests an order authorizing the disclosure of grand jury testimony to the defendant and her counsel. *See* Rule 6(e)(3)(E)(i).

Respectfully submitted,

JEANINE FERRIS PIRRO
U.S. ATTORNEY

By:        /s/
JACOB M. GREEN
Assistant United States Attorney
MA Bar No. 706143
601 D Street, N.W.
Washington, DC  20530
(202) 803-1617
Jacob.green3@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 1:25-cr-164 (JMC) |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **EMILY GABRIELLA SOMMER,** | : | |
| | : | |
| **Defendant.** | : | |

## **ORDER**

Upon consideration of the United States' motion to disclose items protected by Federal Rule of Criminal Procedure 6(e) and sealed materials, it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the United States may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e).

Date: _____

THE HONORABLE JIA M. COBB
UNITED STATES DISTRICT COURT JUDGE