UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 1:25-cr-164 (JMC) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **EMILY GABRIELLA SOMMER,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the United States' motion to disclose items protected by Federal Rule of Criminal Procedure 6(e) and sealed materials, it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the United States may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e).

Date:  July 25, 2025

_____
THE HONORABLE JIA M. COBB
UNITED STATES DISTRICT COURT JUDGE