UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 25-cr-164 (JMC) |
| : | |
| EMILY GABRIELLA SOMMER, : | |
| : | |
| Defendant. : | |

### JOINT PRETRIAL STATEMENT

The parties file the following pretrial statement pursuant to the Court's pretrial order (ECF No. 18).

**A.  Plea offer**

No plea offer was made to the Defendant in this case.

**B.  Joint Proposed Statement of the Case**

The United States has charged Emily Gabriella Sommer with offenses that allegedly occurred on May 8, 2025 in the 600 block of D Street Northwest in Washington, D.C. and on May 22, 2025 in the 800 block of 4th Street Southwest in Washington, D.C.  Count One charges Ms. Sommer with assaulting then-interim U.S. Attorney Edward R. Martin.  Count Two charges Ms. Sommer with assaulting Deputy United States Marshall Jeffrey Martin.  Count Three charges Ms. Sommer with assaulting Deputy United States Marshall Megan Kirn.  Ms. Sommer maintains her innocence.

**C.  Joint Proposed *Voir Dire***

The parties' proposed *voir dire* questions are submitted as Attachment 1.

**D.     Proposed Jury Instructions**

The parties' proposed jury instructions are submitted as Attachment 2.

**E.     Expert Witnesses**

The United States and the Defense do not plan to call any expert witnesses.

**F.     Prior Convictions**

The United States does not plan to use any prior convictions for impeachment or any other purpose.

**G.     Exhibit List**

The United States' Exhibit List is submitted as Attachment 3.

Ms. Sommer's Exhibit List is submitted as Attachment 4.

Ms. Sommer's Objections to the Government's Exhibit List is submitted as Attachment 5.

The United States' Objections to Ms. Sommer's Exhibit List is submitted as Attachment 6.

**H.     Stipulations**

The United States and the Defense do not anticipate any stipulations.

**I.     Verdict Form**

The proposed Verdict Form is submitted as Attachment 7.

**J.     Proposed Schedule**

Regarding the Parties' exchange of witness lists and Jencks Act material, including when such lists will be provided to the Court, the Parties propose a deadline of August 11, 2025.

Respectfully submitted,

JEANINE F. PIRRO
UNITED STATES ATTORNEY

By:     /s/ Jacob M. Green
        JACOB M. GREEN

MA Bar Number 706143
Joshua Gold
Tx Bar Number 24103101
Assistant United States Attorneys
601 D Street NW
Washington, D.C. 20530
(202) 803-1617
Jacob.green3@usdoj.gov



A. J. KRAMER
FEDERAL PUBLIC DEFENDER

*/s/ Diane Shrewsbury*
Diane Shrewsbury
Alexis Morgan Gardner
Assistant Federal Public Defenders
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

3