UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 1:25-cr-164 (JMC) |
| : | |
| EMILY GABRIELLA SOMMER, : | |
| : | |
| DEFENDANT. : | |

### STATEMENT OF OFFENSE IN SUPPORT OF GUILTY PLEA

#### I.   Summary of the Plea Agreement

Defendant Emily Gabriella Sommer agrees to admit guilt and enter a plea of guilty to Count 1, Count 2, and Count 3 of the Second Superseding Indictment, each count charging her with Assaulting a Federal Official, in violation of 18 U.S.C. § 111(a)(1).

#### II.   Penalties

The penalty for each count of 18 U.S.C. § 111(a)(1) is:

(A)   a term of imprisonment of not more than 8 years;

(B)   a fine not to exceed $250,000; and

(C)   a term of supervised release of not more than three years.

#### II.   Elements of the Offenses

To prove that the defendant is guilty of Assaulting a Federal Official, the government must prove the following beyond a reasonable doubt:

1. The defendant assaulted, resisted, opposed, impeded, intimidated, or interfered with an officer or employee of the United States.

2. The defendant did such acts forcibly.

3. The defendant did such acts voluntarily and intentionally.

1

4. The defendant did so while the officer or employee was engaged in or on account of the performance of official duties; and

5. The acts involved physical contact with the victim of the assault.

### III. **Proffer of Evidence**

If this case were to go to trial, the government would be ready to prove, beyond a reasonable doubt, the following facts:

On May 8, 2025, at approximately 3:30 p.m., in front of the United States Attorney's Office for the District of Columbia at 601 D Street Northwest in Washington, D.C., Edward R. Martin Jr. was conducting a video-recorded interview with a reporter. At the time, Mr. Martin was the interim United States Attorney for the District of Columbia. During the interview, which was captured on video, Ms. Sommer approached Mr. Martin and then spit on Mr. Martin's left shoulder. The Defendant's actions occurred while Mr. Martin was engaged in or on account of the performance of official duties. The acts involved physical contact with Mr. Martin.

At approximately 10:38 a.m. on May 22, 2025, Deputy United States Marshals arrested Ms. Sommer at her apartment pursuant to an arrest warrant. During the arrest, Ms. Sommer spit in Deputy Jeffrey Martin's face. As the Deputies tried to put Ms. Sommer in the transport vehicle, she kicked Deputy Martin. In the transport vehicle, Ms. Sommer kicked another officer, Deputy Megan Kirn, in the leg. The Defendant's actions occurred while Deputy Martin and Deputy Kirn were engaged in or on account of the performance of official duties. The acts involved physical contact with Deputy Martin and Deputy Kirn.

All of the Defendant's actions were voluntary, on purpose, and not the product of mistake or accident. There was no legal justification for the Defendant's actions.

>Respectfully submitted,
>
>*/s/ JACOB M. GREEN*
>JACOB M. GREEN
>Assistant United States Attorney

## DEFENDANT'S ACCEPTANCE

I have read this Statement of Offense and carefully reviewed every part of it with my attorney, Diane Shrewsbury . I am fully satisfied with the legal services provided by my attorney in connection with this Statement of Offense and all matters relating to it. I fully understand this Statement of Offense and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to fully understand this Statement of Offense. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

Date: AUGUST 13, 2025

Emily Sommer, Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Proffer of Facts and carefully reviewed it with my client, Emily Sommer, and discussed it fully. I do not object to my client's agreement with and acceptance of this Proffer of Facts.

Date: 8/13/25

Diane Shrewsbury
Attorney for Emily Sommer