UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | No. 25-CR-164 (JMC) |
| EMILY SOMMER | : | |

**CONSENT MOTION FOR EXTENTION OF TIME TO FILE SENTENCING MEMORANDUM**

Ms. Emily Sommer, through undersigned counsel and with the consent of the government, asks the Court to extend the deadline to file sentencing memoranda from Friday, September 26, 2025 to Monday, September 29, 2025. Counsel for Ms. Sommer is currently in the middle of a multiple week trial and needs a few additional days to complete the sentencing memorandum for Ms. Sommer. For the reasons herein, Ms. Sommer respectfully moves the Court to extend the deadline to file her sentencing memorandum to September 29, 2025.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

*/s/ Diane Shrewsbury*
Diane Shrewsbury
Alexis Morgan Gardner
Assistant Federal Public Defenders
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

1