2583 Cordelia Road
Los Angeles, CA 90049

September 20, 2025

The Honorable Jia Cobb
United States District Court Judge
c/o Office of the Federal Public Defender
625 Indiana Ave. NW, Suite 550
Washington, DC 20004

Dear Judge Cobb,

I am the mother of Emily Gabriella Sommer.  I thank you for the opportunity to write on her behalf.   As far back as I can remember, Emily wanted her voice heard.  In a busy family with two working parents, a twin brother and an older sister, and an assortment of dogs, guinea pigs, and other creatures, life was noisy.  Through difficult times, including a highly contentious and protracted divorce, my remarriage, and multiple moves, I tried to make each of my three children feel loved, special, and respected.  I wonder today if Emily ever felt heard enough.

But no amount of reflection can explain why Emily has engaged in her recent actions.  Neither family nor friends condone Emily's breaking the law and acting out in such childish ways toward a public official, or anyone for that matter.

Emily always has held passionate views, drawn from her experiences, readings, classrooms, and elsewhere.  As a college student, she became increasingly politically aware and vocal, embracing the gay community, a two-state Israeli-Palestine solution, and other causes.  She gravitated to political science as her major and began to express views that were anathema to many. For example, as a guide on a Birthright trip to Israel, Emily endorsed a two-state solution, a view that did not land well with a busload of Jewish young adults. But Emily wanted them to hear both sides of the argument!

Emily also experienced many setbacks in college. Her education was disrupted, and she had to withdraw from classes ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ She was physically unable to attend classes and fell into a depressive episode ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓ Over years, Emily has learned to cope ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and to manage her mental health needs, but both take constant effort.

Today Emily is as passionate in her views as ever but recognizes that she must find appropriate avenues for them.  She agrees that she spontaneously and wrongly chose to demonstrate contempt for someone else's views in a senseless action. She regrets her actions and recognizes that she must start this phase of her life over. She must channel her passions, intelligence, and skills into a productive, healthy, law-abiding life.

Ironically, the events of the past few months have brought our family and friends even closer together. We want nothing more for Emily than to be given a chance to begin afresh, with support from family and friends. But the real work is up to Emily. We all believe that she can and will realign her life and become a contributing member of society…albeit with some still highly held views!

Sincerely,

Janet L. Sobell

8607 Coral Gables Lane
Vienna, VA 22182

The Honorable Jia Cobb
US District Court Judge
c/o Office of the Federal Public Defender
625 Indiana Ave. NW, Suite 550
Washington, DC 20004

Dear Judge Cobb,

I am writing to provide some insight into my niece, Emily Gabriella Sommer, and to respectfully request leniency in her sentencing. I cannot condone Emily's actions, but I'd like to shed some light to help you know Emily beyond this situation.

Emily is an energetic, funny, smart, highly verbal, and opinionated young woman. She has strong political views and a sense of justice for those who've been discriminated against, misunderstood, slighted, or otherwise wronged. (Ironically, she might have been a fine lawyer!) For example, she has argued passionately for a common-sense, two-state solution in the Middle East. She is an outspoken defender of LGBTQ rights; as an overtly proud gay woman, she has often felt negatively judged.

Emily grew up in a close-knit, supportive, and highly educated family (her dad was an MD/PhD scientist; her mom (my sister) is a PhD epidemiologist; her sister is a practicing physician; her twin brother graduated from UC Berkeley). Emily attended USC as a political science major and was close to graduating. ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ She became very depressed during that time and withdrew from her courses. Emily also deals with ADHD and has issues with impulse control – *ergo* the unfortunate case before you. She has sought medical treatment with varying degrees of success. Despite these challenges, she has done her best to find meaningful work over the years. She moved from LA to the DC area several years ago and loves its vibrancy and diversity.

Emily identifies spiritually with her Judaism and has a strong sense of connection to her familial roots, being a granddaughter of Holocaust survivors. She recently lost her father, and the first thing she asked me to remove from her apartment for safekeeping was the urn with his ashes. Emily is also a loving and conscientious dog owner and has expressed her gratitude to me for finding wonderful care for her dog, Roo, for these last few months.

I have no doubt that Emily regrets her impulsive, immature behavior in this incident. I'm sure that all she wants now is to be reunited with her family, friends, and Roo and to put this ugly chapter behind her. I respectfully ask that you consider the difficulties Emily has faced and the price she has already paid when you determine her sentence.

Sincerely,

*Lisa Szymanski* 9/11/25

Lisa Szymanski (Retired HR consultant)
Vienna, VA